**Jesus Manuel PEREZ–LIZARRAGA, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 05–71174.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 7, 2011.

J. Manuel Sanchez, Esquire, J. Manuel Sanchez & Associates, San Ysidro, CA, for Petitioner.

District Director, Esquire, Office of the District Counsel, Department of Homeland Security, San Diego, CA, John Hogan, Senior Litigation Counsel, Oil, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office Of The District Counsel, Department Of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Jesus Manuel Perez–Lizarraga, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' or-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

der dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252, and we grant the petition for review and remand for further proceedings.

The agency determined that petitioner was removable under the aggravated felony ground of deportation, 8 U.S.C. § 1227(a)(2)(A)(iii), based on his 1970 conviction for violating California Penal Code § 220. Subsequent to the agency's decision in this case, we held in *Ledezma–Galicia v. Holder*, 636 F.3d 1059 (9th Cir. 2010), that 8 U.S.C. § 1227(a)(2)(A)(iii) does not apply to convictions that occurred prior to November 18, 1988. We therefore grant the petition for review and remand to the agency in light of *Ledezma–Galicia*.

**PETITION FOR REVIEW GRANTED; REMANDED.**